IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| ABC |  |
|---|---|
| **Plaintiff** | CASE NO. 1:22-cv-07622 |
| v. |  |
| DEF | JUDGE |
| **Defendant** | MAGISTRATE |

### DECLARATION OF DEFENDANT, G.K.

I, Defendant, G.K., hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1756 that the following is true and correct:

(1) I am the Defendant in the above captioned matter.

(2) I am a former citizen of Arizona and a current citizen of Florida.

(3) I visited the state of New York once in 2016 in connection with a religious group event with my college.

(4) Aside from the trip in 2016, I have only been to New York's airports to catch connecting flights.

(5) I do not own, or have any legal interest in, any property in the state of New York.

(6) Except as stated herein, I do not have any connections to, or contacts with, the state of New York.

Executed this 12 day of September, 2022.

*[signature: G.K.]*

G.K.

**EXHIBIT A**

1