**Dodson, Michael**

| | |
|---|---|
| **From:** | Brian DeLaurentis <brian@delaurentislaw.com> |
| **Sent:** | Monday, September 5, 2022 12:23 PM |
| **To:** | Dodson, Michael; Teutonico, Danielle |
| **Subject:** | Discovery |
| **Attachments:** | Holcomb CV.pdf |
| | |
| **FilingDate:** | 9/12/2022 8:59:00 AM |

Michael,

I'm emailing you about discovery.

I have decided to retain Matthew J. Holcomb, Ph.D., as an expert in this matter. His CV is attached. Dr. Holcomb is a clinical psychologist. We will need to set up evaluation dates in the New Orleans area. *See* FRCP 35. The evaluation takes two days, but can occur on weekends.

Presently, Dr. Holcomb has military related commitments Sept. 30 – Oct. 19 which would require the GK examination to take place in late September, preferably in Metairie, LA. Otherwise, discovery deadlines for his report may need to be extended. I'm in process on exactly which dates are available.

Can we do this on consent? Please let me know at some point today or tomorrow.

In addition, I need to receive a response today or tomorrow concerning my Aug. 25 correspondence to avoid motion practice due to the Magistrate's schedule. You've been aware of the deficient items since June, and the confidentiality issue has been resolved. There's no point in withholding the information any longer.

Given the tight deadlines in this case, delays have to be kept to a minimum.

BD

--

Brian M. DeLaurentis
Brian M. DeLaurentis, P.C.
36 W. 44th St., Suite 911
New York, NY 10036
212-354-6300 Tel.
212-954-5081 Fax

# Curriculum Vitae
## Matthew J. Holcomb, PhD

Jefferson Neurobehavioral Group
2901 N-I 10 Service Rd E
Suite #300
Metairie, LA 70002
Office Phone: (504) 780-1702
Email:  mholcomb@jeffersonneuro.com

| **Education** | | **Year Completed** |
|---|---|---|
| Ph.D. | Ball State University<br>School Psychology<br>Specialization: Clinical Neuropsychology<br>(APA/NASP Accredited) | 2012 |
| M.A. | Mississippi State University<br>Clinical Psychology | 2005 |
| B.A. | Brigham Young University<br>History/Psychology | 2003 |
| Internship | London Health Sciences Centre<br>   Children's Hospital of London<br>   Western University Hospital<br>   London Regional Medical Center<br>(CPA Accredited, APPIC Member Site) | 2012 |
| Post-Doctoral Fellowship | Dartmouth Medical School<br>Dartmouth Hitchcock Medical Center<br>New Hampshire State Hospital<br>(APPCN Member Site) | 2014 |

Dissertation:   Psychometric Properties of a Proposed Test of Competency to Enter Legally Binding Agreements

Thesis:   Juror Perceptions of Child Eyewitness Testimony in a Sexual Abuse Case

**Professional Experience**

*Current*

| | |
|---|---|
| 2016 – Current | Forrest General<br>Pine Grove (Behavioral Health Unit)<br>Hattiesburg, MS<br>Psychologist |
| 2015- Current | Jefferson Neurobehavioral Group<br>Metairie, Louisiana<br>Clinical Neuropsychologist<br><br>Family Behavioral Health Center<br>Mandeville, Louisiana<br>Pediatric Neuropsychologist |

*Past*

| | |
|---|---|
| 2020 | Ball State University<br>Muncie, Indiana<br>Instructor in Department of Special Education |
| 2016 – 2018 | Hattiesburg Clinic<br>Psychologist<br>Psychometric Rater<br>Hattiesburg, Mississippi |
| 2015 – 2018 | Chicago Professional School of Psychology at Xavier University<br>Xavier University<br>New Orleans, Louisiana<br>Assistant Professor |
| 2012 – 2014 | Dartmouth Medical School<br>Lebanon, New Hampshire<br>Post-Doctoral Fellow – Pediatric Neuropsychology |
| 2011 – 2012 | London Medical Health Sciences Centre<br>London, Ontario<br>Doctoral Intern – Pediatric Neuropsychology |
| 2007 – 2011 | Ball State University<br>Muncie, Indiana<br>Graduate Assistant |
| 2006 – 2007 | The University of Southern Indiana<br>Evansville, Indiana<br>Lecturer of Psychology |

| | |
|---|---|
| 2005 – 2006 | Mississippi State University – Meridian<br>Meridian, Mississippi<br>Lecturer of Psychology |
| 2003 - 2005 | Mississippi State University<br>Starkville, Mississippi<br>Graduate and Research Assistant |

**Licensure**

| | |
|---|---|
| 2016 – Current | Licensed Clinical Psychologist<br>Mississippi Board of Psychology<br>License Number #55 968 |
| 2015 – Current | Licensed Clinical Neuropsychologist<br>Louisiana State Board of Examiners – Psychology<br>License Number:  #1310 |

**Clinical Experience**

| | |
|---|---|
| 2012 – 2014 | Dartmouth Hitchcock Medical Center<br>New Hampshire Hospital<br>Post-doctoral Fellow in Pediatric Neuropsychology<br>Lebanon, New Hampshire<br>Concord, New Hampshire |
| 2011 – 2012 | London Health Sciences Centre<br>    Children's Hospital<br>      Western University Hospital<br>      St. Joseph's Hospital<br>Pre-doctoral Intern and Fellow<br>London, Ontario |
| 2008 – 2011 | Neurobehavioral Associates<br>Muncie, Indiana; Indianapolis, Indiana |
| 2008 - 2009 | Jay County School Corporation, Special Education Services<br>School Psychology Practicum Student<br>Portland, Indiana |
| 2008 | Ball State University Psychoeducational Diagnostic and Intervention Clinic<br>School Psychology Practicum Student<br>Muncie, Indiana<br><br>Blackford County School District<br>School Readiness Pre-K Screening<br>Hartford City, Indiana<br><br>Cowan Elementary School<br>School Readiness Pre-K Screening<br>Muncie, Indiana |

| | |
|---|---|
| 2005 | North Mississippi Medical Center Behavioral Health Unit<br>Practicum Student<br>Tupelo, Mississippi |
| 2004 - 2005 | North Mississippi Regional Medical Center<br>Practicum Student<br>Oxford, Mississippi |

**Hospital Privileges**

Touro Medical Center
New Orleans, Louisiana

Forrest General Hospital
Pine Grove
Hattiesburg, Mississippi

Lakeview Regional Medical Center
Covington, Louisiana

**Teaching Experience**

2020
Ball State University                 *Interventions and Treatments for Persons with Autism*
Instructor of Record:            *Field Based Experience in Autism*


2015 - 2018
Chicago Professional School
Xavier University
Instructor of Record:            *Intellectual Assessment*            *Psychometrics*
                                             *Biological Basis of Behavior*     *Research Clerkship*
                                             *Advanced Psychopathology*      *Proposal Development*
                                             *Dissertation Maintenance*       *Intro to Neuropsych*
                                             *Developmental Psychology*      *Peds. Neuropsych*

2008
Ball State University
Instructor of Record:            *Adolescent Development*

2007 - 2008
Ball State University
Graduate Assistant:              *Special Education Law*

2006 – 2007
The University of Southern Indiana
Instructor of Record:            *Abnormal Psychology*
                                             *Introduction to Psychology*
                                             *Clinical Psychology*
                                             *Personality Theories*

2005 - 2006
Mississippi State University
Meridian Branch Campus
Instructor of Record:      *Introduction to Statistics*        *Abnormal Psychology*
                           *Interpersonal Relationships*      *Health Psychology*
                           *Biological Psychology*            *Cognitive Psychology*
                           *Adult Aging and Development*      *Drugs and Alcohol*
                           *History of Psychology*

2003 – 2005
Mississippi State University
Graduate/Teaching Assistant:   *Introduction to Psychology*
                               *Abnormal Psychology*

**Supervisory Experience**

2016 – 2018    Crescent Care
               The Chicago School of Professional Psychology at Xavier of New Orleans
               Assessment Practicum
               New Orleans, Louisiana

2016 - 2017    Family Behavioral Health
               The Chicago School of Professional Psychology at Xavier in New Orleans
               Assessment Practicum
               New Orleans, Louisiana

2011 – 2012    Dartmouth Hitchcock Medical Center
               Co-Practicum Supervisor
               Lebanon, New Hampshire

2010 – 2011    Ball State University Psychodiagnostic and Intervention Clinic
               Student Supervisor
               Muncie, Indiana

2008 – 2010    Ball State Neuropsychology Clinic
               Associate Director of Neuropsychology Clinic
               Muncie, Indiana

**Brief Reports and Published Abstracts**

Condiracci, C., Holcomb, M., Lichtenstein, J., Erdodi, L., & Maerlender, A. (2014) The Global Assessment of School Functioning Scale (GASF):  A Measure of Cognition, Executive Functioning, and Behavior. *The Clinical Neuropsychologist*, American Academy of Clinical Psychology, New York, New York.

Davis, A. S., Dean, R. S., Berry, K. B., & Holcomb, M. J. (2008). Exploring the cerebellar deficit hypothesis for reading with children with ADHD. *The Journal of Neuropsychiatry and Clinical Neurosciences.* American Neuropsychiatric Association, Savannah, GA.

Holcomb, M. J., & Allen R. A. (2010) Cognitive Set Shifting and its Relationship to Fluid Intelligence, *Clinical Archives in Neuropsychology* National Conference of the American Neuropsychological Association, Vancouver, B. C.

Holcomb, M. J., & Allen, R. A. (2010) Inhibition and Cognitive Flexibility as Predictors of General Intelligence, National Conference of the American Neuropsychological Association, Vancouver, B. C.

Holcomb, M. J., Mazur-Mosiewicz, A., & Dean R. S. (2009). Differentiating TBI from ADHD: Frequencies of Secondary Diagnoses, *Clinical Archives in Neuropsychology* National Conference of American Neuropsychological Association, New Orleans.

Holcomb, M. J., Mazur-Mosiewicz, A., & Dean R. S. (2009). Predicting Cognitive Ability in Children Using Sensory Motor Task*s*, *Clinical Archives in Neuropsychology* National Conference of American Neuropsychological Association, New Orleans.

Holcomb, M. J., Trammel, B., Mazur-Mosiewicz A., & Dean R. S. (2010), Differential Cognitive Performance in Children with a Primary Diagnosis of ADHD or TBI, *Clinical Archives in Neuropsychology,* National Conference of the American Neuropsychological Association, Vancouver, B. C.

Lichtenstein, J., Holcomb, M., Maerlender, A., Erdodi, L., Condiracci, C., Roth, R., & Pelletier, C. (2014). *Reliable Digit vs. Spatial Span in a Clinical Pediatric Sample – A Visual Alternative?* Abstract submitted to the 12th Annual Conference of the American Academy of Clinical Neuropsychology in New York, NY

Mazur-Mosiewicz, A., Holcomb, M., & Dean, R. S. (2009). Sensory motor tasks in identification of Alzheimer Disease. *Clinical Archives in Neuropsychology* American Psychological Association Annual Convention, Toronto Clinical Neuropsychology Division.

Mazur-Mosiewicz, A., Holcomb, M., & Dean, R. S. (2009). Predicting Verbal Ability Using Standardized Measures of Lateralization in Individuals with Head Injury. American Psychological Association Annual Convention, Toronto Clinical Neuropsychology Division-40.

Mazur-Mosiewicz, A., Holcomb, M., & Dean, R. S. (2009). The role of lateralization in verbal performance. *Clinical Archives in Neuropsychology,* National Conference of American Neuropsychological Association, New Orleans, 2009.

Mazur-Mosiewicz, A., Holcomb, M., & Dean, R. S. (2009). Predictors of Alzheimer disease and depression in older adults. *Clinical Archives in Neuropsychology* National Conference of American Neuropsychological Association, New Orleans, 2009.

Mazur-Mosiewicz, A., Holcomb, M., Trammell, B. & Dean, R. S. (2010). Predictive Discriminative Analysis of Diagnostic Factors in Pediatric ADHD and Pervasive Developmental Disorders. *Clinical Archives in Neuropsychology* National Conference of National Academy of Neuropsychology, Vancouver, British Colombia.

Mazur-Mosiewicz, A., Trammel, B., Holcomb, M. J., & Dean R. S. (2010) *The Gf-Gc Theory in Differential Diagnosis of Neuropsychological Disorders*, National Conference of American Psychological Association, San Diego, Neuropsychology Division 40.

Mazur-Mosiewicz, A., Trammel, B., Holcomb, M., & Dean, R. S. (2010). Canonical Correlation between Tactile-Kinesthetic Abilities and the Gf-Gc Functions. National Conference of the American Psychological Association, San Diego, Neuropsychology Division 40.

Trammell, B., Mazur-Mosiewicz, A., Holcomb, M., & Dean, R. S. (2010) Gender Differences in Processing Speed in Children with ADHD. *Clinical Archives in Neuropsychology* National Conference of National Academy of Neuropsychology, Vancouver, British Colombia.

Pelletier, C., Erdodi, L., Lichtenstein, J., Holcomb, M., Roth, R., Maerlender, A., & Condiracci, C. (2014). *Repeating Conners' CPT-II within a Test Battery Increases Sensitivity to Attention Deficit in Children*. Abstract submitted to the 12th Annual Conference of the American Academy of Clinical Neuropsychology in New York, NY.

**Publications**

Abeare, C. A., An K., Tyson, B., Holcomb, M., Cutler, L., May, N., Erdodi L. A., (accepted in press) The Emotional Word Fluency Test as an Embedded Performance Validity Indicator Alone and in a Multivariate Validity Composite. *Applied Neuropsychology: Child*.

Abeare, C., Razvi, P., Sirianni C. D., Giromini, L., Holcomb, M., Culter, L., Kuzmenka P., & Erdodi L. A. (2021) Introducing Alternative Validity Cutoffs to Improve the Detection of Non-credible Symptom Report on the BRIEF. *Psychological Injury and Law, 14,* 2-16.

Abeare, C., Sabelli A., Taylor, B., Holcomb, M., Dumitrescu, Cl., Kirsch, N., & Erdodi L. (2019) The Importance of Demographically Adjusted Cutoffs: Age and Education Bias in Raw Score Cutoffs Within the Trail Making Test. *Psychological Injury and Law, 12 (2),* 170-182.

Braby, L., Holcomb, M. J., & Leonhard C. (2020) Examining the relationship between ethnic identity, depression, and alcohol use among students at historically black colleges/universities (HBCUs). *Journal of Ethnicity in Substance Abuse*

Cutler, L., Abeare, C. A., Messa I., Holcomb, M. & Laszlo A. E. (2021). This will only take a minute: Time cutoffs are superior to accuracy cutoffs on the forced choice recognition trial of the Hopkins Verbal Learning Test – Revised. *Applied Neuropsychology: Adult;* DOI.

Cutler, L., Sirianni, C. D., Holcomb, M. Erdodi, L. A. (Accepted, In Press 2021) One-Minute SVT? The V-5 Is a Stronger Predictor of Symptom Exaggeration than Self-Reported Trauma History. *Journal of Forensic Psychology Research and Practice.*

Eloi, J., Lee, J., Pollock, E., Tayim, F., Holcomb, M., Hirst, R., Tocco, C., Towns, S., Lichtenstein, J. & Roth, R. M., (2021) Boston Naming Test: Lose the Noose, *Archives of Clinical Neuropsychology, (00) 1-8.*

Erdodi, L., Lichtenstein, J., Holcomb, M. J. (2019). One-Minute PVT: Further Evidence for the Utility of the California Verbal Learning Test—Children's Version Forced Choice Recognition Trial. *Journal of Pediatric Neuropsychology, 4(3-4),* 94-104.

Hamidi, I. M., Holcomb, M., Lichtenstein J. D., Tyson, B. T., Rother, R. M., & Erdodi L. A., (accepted in press) They are not destined to fail: a systemic examination of scores on embedded performance validity indicators in patients with intellectual disability. *Australian Journal of Forensic Sciences*.

Holcomb, M. J., Davis, A. S., D'Amato R. D., (2010).  Traumatic Brain Injury:  Information for Parents, In A. S. Canter and S. A. Carrol (Eds.), *Helping Children at Home and School:  Handouts from your School Psychologist*.  Bethesda, MD:  National Association of School Psychologists.

Holcomb, M. J. (2019).  Pediatric Performance Validity Testing: State of the Field and Current Research. *Journal of Pediatric Neuropsychology, 4(3-4)*, 83-85.

Holcomb, M. J., & Jacquin K. M. (2007) Juror Perceptions of Child Eyewitness Testimony in a Sexual Abuse Case, *Journal of Child Sexual Abuse, 16,* 79-95.

Messa, I., Holcomb, M. J., Lichtenstein, J. D., Tyson, B, Roth, R. M., & Erdodi L. A.  (In Press) They are not destined to fail A systematic examination of scores on embedded validity indicators in patients with intellectual disability. *Australian Journal of Forensic Sciences*.

Holcomb, M. J., Puffpaff, L. A., McIntosh, D. E. (2009). Obesity rates in special populations of children and possible interventions, *Psychology in the Schools, 46(8), 797-805.*

**Presentations**

Bell, L. Holcomb, M. J., & Maerlender, A. (2013) *Increased Intrasubtest Scatter on WISC-IV Verbal Subtests in Language Disorder and ADHD* Clinical Groups. International Neuropsychological Society – Summer Meeting, Amsterdam, Netherlands.

Davis, A. S., Holcomb, M. J., Marker K. Dean R. S., (2009). *Predicting Cognitive Processing with Finger Tapping for Children with ADHD*. National Association of School Psychology. Boston, MA.

Erdodi. L., Siranni, C., & Holcomb, M. (March, 2019). *The utility of IOP-29 in academic research and clinical practice:  A contribution from Canada.  Paper presented at the Annual Convention of the Society of personality Assessment,* New Orleans, LA.

Holcomb, M. J. & Jacquin K. M. (2005) Juror Perceptions of Child Eyewitness in a Case of Sexual Abuse, Mississippi Psychological Association Annual Meeting, Biloxi MS. [postponed until February, 2006 due to Hurricane Katrina]

Holcomb, M. J., Mazur-Mosiewicz, A., Pierson E. E. (2009). Curriculum Assessment: Are we being served a look at curriculum and preparation for the EPPP in School Psychology. *Presented at the 2009 Student Research Symposium, Ball State University Muncie, IN.*

Holcomb, M. J., Tumbling S., Jacquin K. M. (2004).  The Influence of Victim and Defendant Variables on Jury Decision-Making in a Rape trial, Mississippi Psychological Association Annual Meeting, Philadelphia MS.

Holcomb, M. J., Mazur-Mosiewicz, A., & Dean R. S. (2009). Comorbidity of Secondary Diagnosis in Children. American Psychological Association Annual Convention, Toronto Canada.

Holcomb, M. J., Mazur-Mosiewicz, A., Zimmerman, A. E., Pierson, E. E. (Spring, 2009). Are we prepared: Graduate study curriculum and competency for licensure. National Association of School Psychology Annual Meeting, Chicago, IL.

Holcomb, M. J., Zimmerman, A. E., Mazur-Mosiewicz, A., & Dean, R. S. (2010). *Sensory Motor Tasks as an Estimate for Verbal Ability.* American Psychological Association Annual Convention, San Diego, School Psychology Division 16.

Holcomb, M. J., Zimmerman, A. E., Mazur-Mosiewicz, A., Dean, R. S. (Spring, 2009). Comorbid Psychiatric Disorders in Children with ADHD and TBI. National Association of School Psychology Annual Meeting, Chicago, IL.

Greenfield, M. J., Holcomb, M. J., Lichtenstein, J. D., & Erdodi, L. (2016, April). Performance differences for children on repeat administrations of a sustained attention and inhibitory control task. Southwestern Psychological Association Annual Meeting, New Orleans, LA.

Greenfield, M. J., Tew, K. R., Holcomb, M. J. Are you paying attention? Louisiana Psychological Association Annual Meeting, New Orleans, LA.

Rai, J. K., Erdodi, L. A., Lichtenstein, J. D., Mazur-Mosiewicz, A., Holcomb, M. & Flaro, L. (2016) Investigating the Signal Detection Performance of the Trail Making Test as an Embedded Validity Indicator in Adolescents: Can Adult Cutoffs Be Extended to Younger Examinees? National Academy of Neuropsychology, Annual Meeting Austin, TX.

Roth, R.M., Holcomb, M.J., Fischer, A.S., Kenealy L., & Isquith P. K. (2013) Two vs. Three Factor Model Scores on the BRIEF in Children and Adults with ADHD International Neuropsychological Society – Summer Meeting, Amsterdam, Netherlands.

Mazur-Mosiewicz, A., Holcomb, M., & Dean, R. S. (2009). Diagnosing Alzheimer Disease Using Dean-Woodcock Sensory Motor Battery. *Presented at the 2009 Student Research Symposium, Ball State University Muncie, IN.*

Mazur-Mosiewicz, A., Holcomb, M., & Dean, R. S. (2009). Relationship between Verbal Ability and Lateralization. *Presented at the 2009 Student Research Symposium, Ball State University Muncie, IN.*

**Invited Presentations**

Holcomb, M. J. & Savoie S. Assessing ADHD in Adults current practices and procedures (Spring, 2018). *Crescent Care Hospital,* New Orleans, LA.

Holcomb, M. J. (Spring, 2014). Learning and Cognition in Children with Special Health Care Needs. Invited lecture presented to New Hampshire Family Voices: Partnering for Strength Spring Conference, Concord, NH.

Holcomb, M. J. (Spring, 2014). Cognitive Development in Children with Epilepsy. Invited lecture presented to The New Hampshire Epilepsy Foundation, Manchester, NH.

Holcomb, M. J. (Spring, 2009). *Universal Screening Measures for use with RTI.* Invited in-service training presented to Jay County Special Education Services. Portland, IN.

Holcomb, M. J., Boseck, J., & Vought J. (Spring, 2009). *Functional Behavioral Assessments.* Invited lecture presented to Jay County Special Education Services. Portland, IN.

Davis, A. S., Berry, K. B., Boseck, J., & Holcomb, M. H. (Fall, 2008). *Fetal Alcohol Spectrum Disorder: Symptoms and Interventions.* Invited lecture presented to the East Central Indiana Roundtable. Muncie, IN.

Davis, A. S., Holcomb, M. J., & Chang, M. (Fall, 2007) Neuropsychology and the Brain, The Brain Bee, Ball Memorial Hospital. Muncie, IN.

**Editorial Experience**

*Past*
The Journal of Psychology in the Schools (Ad Hoc)
Archives of Clinical Neuropsychology
The British Journal of Disabilities (Ad Hoc)
Psychology in the Schools
The Journal of Pediatric Neuropsychology (Ad Hoc)

**Grants**

2009   Aspire Fund Grant, Research Ball State University, Holcomb, M. J., Mazur-Mosiewicz A. principal recipients.

2009   Hollis Fund Grant, Travel Grant for Research Purposes. Holcomb, M. J. principal recipient

2007   The University of Southern Indiana, Liberal Arts Department, Grant for cooperative teaching, Freshman Experience, Holcomb, M.J. principal recipient

2005   Academic Award Colleges of Arts and Science, Mississippi State University. Researching Juror Perceptions of a Child Eyewitness in a Case of Sexual Abuse. Holcomb, M. J. principal Investigator

**Group Affiliations**

International Neuropsychology Society (INS)
National Academy of Neuropsychology (NAN)
Louisiana Psychological Association (LPA)
American Psychological Association (APA)

**Professional Service/Volunteer Experience:**

2020 – Present    Louisiana Psychological Association
                  Treasurer
                  Executive Committee

2018 – Present    Louisiana Psychological Association
                  Legislative Affairs Committee

                  National Academy of Neuropsychology
                  Fall 2019 Conference Planning Committee
                  San Diego, California

| | |
|---|---|
| 2009 – 2010 | National Association of School Psychology Student Representative |
| 2009 – 2010 | Indiana Association of School Psychologists Student Representative Ball State University |
| 2008 – 2010 | Ball State University Psychology Major Graduate Student Discussion Panels |
| 2008 – 2010 | Ball State University Student Mentor |
| 2004 – 2005 | Assessments and Documentation Preparation for Child Custody Hearings |
| 2003 – 2004 | Suicide Hotline, Provo Utah and Brigham Young University |
| 2002 – 2003 | Small Claims Court Mediations, Provo Utah |

Updated:  08/2021