**FishmanHaygood**

Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
fishmanhaygood.com

Danielle Teutonico
D: 504.556.5560
dteutonico@fishmanhaygood.com

September 15, 2022

**BY ECF FILING**

The Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
Room 1105
New York, NY 10007

**Re: 1:22-cv-07622-JMF; Letter Motion Requesting Adjournment of September 16, 2022 Telephone Conference**

Judge Furman,

    I am writing to request an adjournment of the telephone conference scheduled for tomorrow, September 16, 20222 at 2:30 p.m. because I will be out of town, traveling by plane and participating as a bridesmaid in wedding-related activities, throughout the day tomorrow (including the 2:30 p.m. time currently set for the conference). I will return to the office on Monday, September 19, 2022. Thank you for your consideration of this matter.

                                  Sincerely,

                                  */s/ Danielle Teutonico*

                                  Danielle Teutonico

cc: Brian M. DeLaurentis, Esq.

Application GRANTED.  The conference is hereby adjourned to **Tuesday, September 20, 2022,** at **4:00 p.m.**  The Clerk of Court is directed to terminate ECF No. 9.  SO ORDERED.

*[signature]*

September 15, 2022