```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ABC,                                                                   :
                                                                       :
                                                                       :
                         Plaintiff,                                    :
                                                                       :
             -v-                                                       :   22-CV-7622 (JMF)
                                                                       :
DEF,                                                                   :   ORDER OF DISMISSAL
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    As discussed on the record at the teleconference held today, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right of any party to file a motion to reopen the action **within fourteen days** of any Order dismissing or transferring the related case currently pending in the Eastern District of Louisiana, *see G.K. v. D.M.*, No. 21-CV-2242 (GGG) (DPC) (E.D. La.).

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: September 20, 2022
       New York, New York

                                             JESSE M. FURMAN
                                       United States District Judge